1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JONATHAN K. RENNER, State Bar No. 187138
   Supervising Deputy Attorney General
3  GEORGE WATERS, State Bar No. 88295
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-8050
6   Fax: (916) 324-8835
    E-mail: George.Waters@doj.ca.gov
7  *Attorneys for Defendant*
   *Superior Court of Shasta County*
8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

13

| **DWAYNE B. BURNS,** | 2:09-CV-00497-MCE-CMK |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [Local Rule 6-144(c)]** |
| v. | |
| **MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,** | Date:  N/A<br>Time:  N/A<br>Courtroom:<br>Judge  The Honorable Craig M. Kellison<br>Trial Date  None Assigned<br>Action Filed:  February 20, 2009 |
| Defendants. | |

21      I, George Waters, declare:

22      1.   I am one of the attorneys for defendant Superior Court of Shasta County in

23  this action.

24      2.   To the best of my knowledge, defendant Superior Court of Shasta County

25  was served with a copy of the summons and complaint on April 27, 2009, hence a

26  response to the complaint is due by May 18, 2009. I request an extension of time to June

27  24, 2009, to answer or otherwise respond. I make this request for the following reasons:

28

1

- I will also represent defendant Edmund G. Brown, Jr., California Attorney General, in this action. Defendant Attorney General has received a Request for Waiver of Service of Summons and I have signed that document on his behalf. Pursuant to the waiver, defendant Attorney General's response to the complaint will be due June 24, 2009. I anticipate filing a motion to dismiss the complaint on behalf of both the Shasta County Superior Court and the Attorney General, and I believe that filing one motion would be most efficient for everyone concerned, including the Court. The motion to dismiss will raise jurisdictional issues which would be very difficult to brief adequately without an extension.

- There are several federal defendants in this action: the United States Attorney General; the Director of Bureau of Alcohol, Tobacco, Firearms and Explosives; and the Director of the Federal Bureau of Investigation. These defendants will have 60 days to respond to the complaint. F.R.Civ.P. 12(a)(2). Thus the federal defendants likely will respond to the complaint at about the date of extension requested by this application. In the event that the federal defendants file motions to dismiss, an extension will allow all such motions to be heard at the same time.

3. I attempted to discuss this issue with plaintiff pro se Dwayne Burns earlier today but I could not reach him. I first called the number for Mr. Burns listed on the court's docket (530/241-9519) but that number has been disconnected. I then called the number for Mr. Burns listed under his name on the first page of the complaint (530/440-0036) but a woman who answered the phone said that there was no Dwayne Burns at that number. As a result, I am filing this application ex parte.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of California that the foregoing is
2  true and correct.

4  Dated: May 11, 2009                              Respectfully submitted,

   EDMUND G. BROWN JR.
   Attorney General of California
   JONATHAN K. RENNER
   Supervising Deputy Attorney General

   /s/ *George Waters*

   GEORGE WATERS
   Deputy Attorney General
   *Attorneys for Defendants*

   SA2009310048
   30743444.doc

3

EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT  (2:09-CV-00498-MCE-CMK)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:    **Dwayne B. Burns v. Michael Mukasey, et al.**

No.:  **2:09-CV-00497-MCE-CMK**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

 On May 11, 2009, I served the attached **EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [Local Rule 6-144(c)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

> Dwayne B. Burns
> P.O. Box 720157
> Redding, CA  96099

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 11, 2009, at Sacramento, California.

|       Tammy J. Treichel       |   /s/ *Tammy J. Treichel*   |
| :---: | :---: |
| _____ | _____ |
| Declarant | Signature |

SA2009310048