IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No. CIV S-09-0497-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL MUKASEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action alleging, among other things, violation of the right to keep and bear arms under the Second Amendment. Pending before the court is defendant Shasta County Superior Court's ex parte application for an extension of time to respond to the complaint. Good cause appearing therefor, the request is granted. Defendant Shasta County Superior Court shall file ans serve a response to the complaint by June 24, 2009.

IT IS SO ORDERED.

DATED: May 19, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1