IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE B. BURNS,                                             No. CIV S-09-0497-MCE-CMK

      Plaintiff,

  vs.                                                                         ORDER

MICHAEL MUKASEY, et al.,

      Defendants.

_____/

      Plaintiff, who is proceeding pro se, brings this civil action alleging, among other things, violation of the right to keep and bear arms under the Second Amendment. On April 14, 2009, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons, completed USM-285 forms, and copies of the complaint, and file a statement with the court that said documents have been submitted. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. More than 15 days have elapsed and plaintiff has not complied.

///

1          Plaintiff shall show cause, in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to submit service documents to the United States Marshall. Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

         IT IS SO ORDERED.

DATED: May 27, 2009

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE