1  Dwayne B. Burns
   P.O. Box 720157
2  Redding, CA 96099-7157
   Telephone: (530) 440-0682
3  dwaynebburns@charter.net

4  Plaintiff, *In Pro Per*

**FILED**

JUN 08 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
            DEPUTY CLERK

5

6

7

8  ## IN THE UNITED STATES DISTRICT COURT FOR

9  ## THE EASTERN DISTRICT OF CALIFORNIA

10  ## SACRAMENTO DIVISION

11

12  DWAYNE B. BURNS,                    )
                                        )  CIVIL CASE NO.
13              Plaintiff,              )  2:09-cv-00497-MCE-CMK
                                        )
14       vs.                           )  RESPONSE TO ORDER OF
                                        )  MAY 27, 2009
15  MICHAEL MUKASEY, *et al.*,         )
                                        )
16              Defendants.             )
                                        )
17  ————————————————————————

18  ### RESPONSE TO ORDER OF MAY 27, 2009

19       In the Court's order dated April 14, 2009, the Court directed the Plaintiff to submit copies

20  of a completed summons, complaint, and other documents to the United States Marshal within

21  15 days for service upon defendants. The Plaintiff understood that to be the Court's

22  *authorization* of that manner of service if the Plaintiff desired to affect service upon the

23  defendants in that manner at government expense. Plaintiff did not understand that to be a

24  *mandatory* method of service upon the defendants. If the Plaintiff is mistaken in that regard, the

25  Plaintiff apologizes for his misunderstanding of the Court's order.

26  *////*

---

Page 1 – RESPONSE TO ORDER OF MAY 27, 2009.

1  Plaintiff is aware of the service requirements of FRCP 4, and has diligently sought to

2  affect service upon the defendants, and is in the process of serving the various defendants in this

3  case by alternate means.

4  Even though the Court's original order was made on April 14, 2009, Plaintiff did not

5  receive the summons and other new case documents until April 27, 2009, due to the clerk's

6  office apparently having overlooked the fact that the new case documents in this case had not

7  been issued.

8  The Plaintiff was also unsure, (and still is) as to whether the Court had authorized the

9  service of the Amended Complaint in this matter, or if the Court had only authorized the service

10  of the original Complaint. The Court's order of April 14, 2009, stated that the plaintiff's

11  amended complaint was "pending" before the Court, and then ordered that Plaintiff submit

12  copies of the *complaint* to the Marshal's Office for service. Plaintiff requests guidance from the

13  Court on this issue. So far, Plaintiff has forwarded a copy of the Amended Complaint, in

14  addition to the original Complaint, to the parties that have acknowledged service in this matter in

15  order to conserve effort on the part of the defendants. The differences between the Complaint

16  and Amended Complaint are minor. The Amended Complaint was filed due to Plaintiff

17  forgetting to include the Exhibit A with the Complaint.

18  Plaintiff is currently actively prosecuting the present case and has not meant to disregard

19  the Court's order, but only wished to conserve government resources and save the cost of

20  needlessly involving the U.S. Marshal's Office.

21  DATED this 6th day of June, 2009.   Respectfully submitted,

22

23  By _____

24  DWAYNE B. BURNS
    Plaintiff, In Pro Per

25

26

Page 2 – RESPONSE TO ORDER OF MAY 27, 2009.