IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE B. BURNS,                              No. CIV S-09-0497-MCE-CMK

      Plaintiff,

  vs.                                                              ORDER

MICHAEL MUKASEY, et al.,

      Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action alleging, among other things, violation of the right to keep and bear arms under the Second Amendment.  On April 14, 2009, the court granted plaintiff's motion for leave to proceed in forma pauperis.  That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons, completed USM-285 forms, and copies of the complaint, and file a statement with the court that said documents have been submitted.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 11-110.  As of May 28, 2009, plaintiff had not submitted a statement confirming delivery of documents to the United States Marshal and the court directed plaintiff to show cause.

1  In his response filed on June 8, 2009, plaintiff states that he is effecting service at
2  his own expense without the assistance of the United States Marshal.  He, therefore, believed that
3  the requirements outlined in the April 14, 2009, order were not mandatory.  Good cause
4  appearing therefor, the order to show cause is discharged.
5  IT IS SO ORDERED.
6
7  DATED: June 10, 2009
8
                                          _____
9                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE