1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JONATHAN K. RENNER, State Bar No. 187138
   Senior Assistant Attorney General
3  GEORGE WATERS, State Bar No. 88295
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-8050
6   Fax: (916) 324-8835
    E-mail: George.Waters@doj.ca.gov
7  *Attorneys for Defendants Edmund G. Brown Jr. and*
   *Superior Court of California, Shasta County*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE B. BURNS,** | 2:09-CV-00497-MCE-CMK |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS [Fed.R.Civ.P. Rules 12(b)(1), 12(b)(6)]** |
| v. | Date:        August 6, 2009<br>Time:        10:00 a.m. |
| **MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,** | Courtroom:   304, 3rd Floor<br>Judge:       The Honorable<br>             Craig M. Kellison |
| Defendants. | Trial Date:  None Assigned<br>Action Filed: February 20, 2009 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 12, 2009, at 10 a.m., or as soon thereafter as the matter may be heard by this court, located at 2986 Bechelli Lane, Redding, CA 96002, defendants Edmund G. Brown Jr. and Superior Court of California, Shasta County, will move pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6) for an order dismissing this matter as to these defendants in its entirety.

Defendants move to dismiss the complaint on the grounds that (a) this court lacks jurisdiction over claims against defendant superior court because that court is immune

1

1  from suit under the Eleventh Amendment and (b) plaintiff fails to state a claim against
2  either defendant under the Second Amendment.
3      This motion is based upon this notice of motion and motion, the accompanying
4  memorandum of points and authorities, and the pleadings and papers on file in this action.

5  Dated: June 26, 2009                    Respectfully submitted,

6                                          EDMUND G. BROWN JR.
                                            Attorney General of California
7                                           JONATHAN K. RENNER
                                            Senior Assistant Attorney General
8

9                                           /s/ *George Waters*

10                                          GEORGE WATERS
                                            Deputy Attorney General
11                                          *Attorneys for Defendants*

12  SA2009310048
    30795079.doc
13

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Dwayne B. Burns v. Michael Mukasey, et al.

No.:   2:09-CV-00497-MCE-CMK

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 26, 2009**, I served the attached **Notice of Motion and Motion to Dismiss; Points and Authorities in Support of Defendants' Motion to Dismiss** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Dwayne B. Burns
P.O. Box 720157
Redding, CA  96099
Plaintiff in Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 26, 2009**, at Sacramento, California.

| Tammy J. Treichel | /s/ *Tammy J. Treichel* |
|---|---|
| Declarant | Signature |

SA2009310048
30795356.doc