Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099-7157
Telephone: (530) 440-0682
dwaynebburns@charter.net

Plaintiff, *IN PRO PER*

# IN THE UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, *et al.*,<br><br>    Defendants. | CIVIL CASE NO.<br>2:09-CV-0497 MCE CMK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST SUPERIOR COURT OF CALIFORNIA, SHASTA COUNTY PURSUANT TO FRCP RULE 41** |

WHEREAS, Plaintiff Dwayne B. Burns and Defendant Superior Court of California, Shasta County have reached a resolution of this action as it pertains to the defendant named herein.

IT IS HEREBY STIPULATED AND AGREED by the parties signing below that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dwayne B. Burns dismisses his claims against Defendant Superior Court of California, Shasta County, with prejudice.

////

////

Page 1 – Stipulation for Voluntary Dismissal of Claims Pursuant to FRCP Rule 41.

Each side shall bear their own attorneys fees and costs incurred herein.

IT IS SO STIPULATED.

DATED this 20th day of July, 2009.

By _____
DWAYNE B. BURNS
Plaintiff, In Pro Per

Dated: July 23, 2009.

EDMUND G. BROWN, JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General

By _____
GEORGE WATERS
Deputy Attorney General
Attorneys for Defendant
SUPERIOR COURT OF CALIFORNIA,
SHASTA COUNTY

Pursuant to the Stipulation of the Parties,

IT IS SO ORDERED.

Dated: _____

_____
MORRISON C. ENGLAND
United States District Court Judge

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Dwayne B. Burns v. Michael Mukasey, et al.**
No.:  **2:09-CV-00497-MCE-CMK**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 23, 2009, I served the attached **Stipulation for Voluntary Dismissal of Claims Against Superior Court of California, Shasta County Pursuant to FRCP Rule 41** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Dwayne B. Burns
P.O. Box 720157
Redding, CA  96099
Plaintiff in Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 23, 2009, at Sacramento, California.

| Tammy J. Treichel | |
|---|---|
| Declarant | Signature |

SA2009310048
10471113.doc