```
1  Dwayne B. Burns
   P.O. Box 720157
2  Redding, CA 96099-7157
   Telephone: (530) 440-0682
3  dwaynebburns@charter.net
4  Plaintiff, IN PRO PER
```

FILED
JUL 2 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS, | CIVIL CASE NO. |
| Plaintiff, | 2:09-CV-0497 MCE CMK |
| vs. | **OPPOSITION TO MOTION TO DISMISS** |
| MICHAEL MUKASEY, *et al.*, | |
| Defendants. | |

The Plaintiff, Dwayne B. Burns, appearing *in propria persona*, respectfully requests that this Honorable Court deny the "Motion to Dismiss" filed by the Superior Court of California, Shasta County, and Edmund G. Brown, Jr., (the "State Defendants"). Plaintiff hereby adopts and incorporates by reference the attached Brief in Opposition to State Defendants' Motion to Dismiss.

WHEREFORE, the Plaintiff having answered the State Defendants' Motion to Dismiss respectfully requests that this Honorable Court deny it.

////

////

Page 1 – Opposition to Motion to Dismiss.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3 | By _____ |
| 4 | DWAYNE B. BURNS<br>Plaintiff, *In Pro Per* |
| 5 | P.O. Box 720157<br>Redding, CA 96099-7157 |
| 6 | dwaynebburns@charter.net<br>(530) 440-0682 |

Page 2 – Opposition to Motion to Dismiss.

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2009, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorneys of record named below, in compliance with FED. R. CIV. P. 5.

> EDMUND G. BROWN, JR.
> Attorney General of California
> JONATHAN K. RENNER
> Senior Assistant Attorney General
> GEORGE WATERS
> Deputy Attorney General
> 1300 I Street, Suite 125
> Sacramento, California 94244-2550

_____
Dwayne B. Burns, *In Pro Per*

Page 3 – Opposition to Motion to Dismiss.