IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No. CIV S-09-0497-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL MUKASEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil action alleging, among other things, violation of the right to keep and bear arms under the Second Amendment. On July 23, 2009, plaintiff and defendant Shasta County Superior Court filed a stipulation for voluntary dismissal of plaintiff's claims against defendant Shasta County Superior Court. Therefore, all claims against this defendant are dismissed, see Fed. R. Civ. P. 41(a)(2), and the Clerk of the Court will be directed to terminate Shasta County Superior Court as a defendant to this action.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of all claims against defendant Shasta County Superior Court is approved; and

2. The Clerk of the Court is directed to terminate Shasta County Superior Court as a defendant to this action.

DATED: July 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE