EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN K. RENNER, State Bar No. 187138
Senior Assistant Attorney General
STEPHEN P. ACQUISTO, State Bar No. 172527
Supervising Deputy Attorney General
GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8050
 Fax: (916) 324-8835
 E-mail: George.Waters@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown Jr. and
Superior Court of California, Shasta County*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DWAYNE B. BURNS,**<br><br>                            Plaintiff,<br><br>   v.<br><br>**MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,**<br><br>                            Defendants. | 2:09-CV-00497-MCE-CMK<br><br>**STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:              August 6, 2009<br>Time:             10:00 a.m.<br>Courtroom:   304, 3rd Floor<br>Judge:            The Honorable Craig M. Kellison<br>Trial Date:     None Assigned<br>Action Filed: February 20, 2009 |

Defendants' memorandum in support of their motion to dismiss made frequent reference to *Nordyke v. King*, 563 F.3d 439, 457 (9th Cir. 2009), and noted that a judge of the Ninth Circuit has called for a vote to determine whether *Nordyke* should be heard en banc. (Points and Authorities, fn. 9, p. 8.) On July 29, 2009 the Ninth Circuit ordered that *Nordyke* be reheard en banc and further ordered that the panel opinion not be cited as precedent. A copy of the order is attached to this notice.

The Ninth Circuit's order affects defendants' motion to dismiss as follows. The panel opinion in *Nordyke* held that the Second Amendment applies not just to the federal government, but also to the States. 563 F.3d at 457. Now that the panel opinion has been withdrawn, Ninth Circuit precedent reverts to what it was pre-*Nordyke*: The Second Amendment does *not* apply to the States. *Fresno Rifle and Pistol Club, Inc. v. Van De Kamp,* 965 F.2d 723, 731 (9th. Cir. 1992). Thus plaintiff's first and second claims – which are based solely on the Second Amendment – fail to state a claim against the State Defendants. The motion to dismiss should be granted on that ground alone.

Dated: August 3, 2009                                     Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

/s/ *George Waters*

GEORGE WATERS
Deputy Attorney General
*Attorneys for Defendants Edmund G. Brown Jr. and Superior Court of California, Shasta County*

SA2009310048
10475606.doc

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:      **Dwayne B. Burns v. Michael Mukasey, et al.**

No.:            **2:09-CV-00497-MCE-CMK**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 3, 2009, I served the attached **State Defendants' Notice of Supplemental Authority** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

```
Dwayne B. Burns
Plaintiff in Pro Per
P.O. Box 720157
Redding, CA  96099
Plaintiff in Pro Per
```

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 3, 2009, at Sacramento, California.

| Tammy J. Treichel | /s/ **Tammy J. Treichel** |
|---|---|
| Declarant | Signature |

SA2009310048