IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE B. BURNS,                           No. CIV S-09-0497-MCE-CMK

    Plaintiff,

  vs.                                                ORDER

MICHAEL MUKASEY, et al.,

    Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action alleging, among other things, violation of the right to keep and bear arms under the Second Amendment. The matter came on for hearing on August 6, 2009, at 10:00 a.m. in Redding, California, on defendant Brown's motion to dismiss. After hearing oral argument, and in light of the Ninth Circuit's recent order granting en banc review of Nordyke v. King, 563 F.3d 439 (9th Cir. 2009), the court determined that further briefing is appropriate. Specifically, the parties are requested to file supplemental briefs addressing: (1) whether, under any binding Ninth Circuit or United States Supreme Court authority, the Second Amendment applies to the states; and (2) whether, and under what authority, this court should stay the action and/or hold consideration of pending motions to dismiss in abeyance pending an en banc decision in Nordyke.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file a supplemental opposition to the State Defendant's motion to dismiss by August 28, 2009;

2. The State Defendant may file a supplemental reply by September 11, 2009;

3. The Local Defendants may file supplemental points and authorities in support of their motion to dismiss by August 28, 2009;

4. The parties' opposition and reply with respect to the Local Defendants' motion to dismiss shall be filed consistent with the schedule set forth in the local rules; and

5. Both pending motions to dismiss will be heard on October 29, 2009, at 10:00 a.m. in Redding, California.

DATED: August 6, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE