**GARY BRICKWOOD, State Bar No. 94892**
**RODNEY M. BLACO, State Bar No. 212139**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants TOM BOSENKO, CITY OF REDDING, PETER HANSEN, KEVIN KIMPLE, WILLIAM FORREST, WILL WILLIAMS and REBECCA ZUFALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United State of America, et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:09-CV-00497-MCE-CMK<br><br>**STATUS REPORT**<br><br>**Date: October 29, 2009**<br>**Time: 10:00 a.m.**<br>**Location: 2986 Bechelli Lane,**<br>          **Redding, California** |

Defendants Shasta County Sheriff TOM BOSENKO, the CITY OF REDDING, Redding Police Chief PETER HANSEN and Redding police officers KEVIN KIMPLE, WILLIAM FORREST, WILL WILLIAMS and REBECCA ZUFALL, submit the following Status Report:

**(a) SERVICE OF PROCESS**

All defendants have been served and Motions to Dismiss are pending.

**(b) JOINDER OF ADDITIONAL PARTIES**

Joinder of additional parties is not anticipated at this time.

**(c) AMENDMENT OF PLEADINGS**

Defendants do not anticipate amendment of the pleadings at this time.

**(d) BASES OF JURISDICTION AND VENUE**

This action is brought pursuant to 42 U.S.C. Section 1983. The acts complained of occurred, and the parties reside, within the Eastern District of California. Jurisdiction and venue are not contested.

**(e) ANTICIPATED MOTIONS AND SCHEDULING THEREOF**

Motions to Dismiss are currently pending. Defendants anticipate that following the Court's ruling on these motions, defendants may submit a further Motion to Dismiss and a Motion for Summary Judgment.

**(f) PROPOSED DISCOVERY PLAN**

The defendants anticipate routine discovery in the form of interrogatories and requests for production of documents and depositions of parties. The defendants suggest that if the Court stays the ruling on the Motions to Dismiss that the Court also stay discovery and further proceedings. Assuming the Court does not stay the matter, defendants suggest that initial disclosures take place on January 5, 2010, with formal discovery thereafter as set forth in paragraph (h).

**(g) POTENTIAL FOR SETTLEMENT**

Defendants do not request a settlement conference, but will cooperate in settlement procedures if the Court so desires.

**(h) FUTURE PROCEEDINGS**

Defendants submit that if the Court decides to stay the matter pending the outcome of the Nordyke v King, 563 F.3d 439 (9th Cir.2009) that the setting of future proceedings should also be stayed. If the Court desires to set future dates at this time, defendants suggest the following dates:

1. Trial at a date convenient to the Court and parties in May

Case 2:09-cv-00497-MCE-CMK   Document 34   Filed 10/20/09   Page 3 of 4

1  2011;

2  2.  Final Pretrial Conference in February 2011;

3  3.  Law and Motion completion date in November 2010;

4  4.  Discovery Cutoff, August 30, 2010;

5  5.  Initial Expert Witness Disclosure, July 1, 2010;

6  6.  Supplemental Expert Witness Disclosure, July 15, 2010; and

7  7.  Expert Discovery Cutoff, August 30, 2010.

**(i) PROPOSED MODIFICATION OF PRETRIAL PROCEEDINGS**

No modification of pretrial proceedings is required.

**(j) RELATED CASES**

On July 29, 2009, the Ninth Circuit ordered that <u>Nordyke v King</u>, 563 F.3d 439 (9th Cir.2009) be reheard en banc and that the panel decision not be cited as precedent in any Court in the Ninth Circuit. On September 24, 2009, the Ninth Circuit vacated this submission pending the Supreme Court's disposition of <u>Maloney v. Rice</u> No. 08-1592, <u>McDonald v. City of Chicago</u>, No. 08-1521, and <u>National Rifle Ass'n of Am., Inc. v. City of Chicago</u>, No. 08-1497. The plaintiff has asked this Court to stay the ruling on the Motions to Dismiss until the Ninth Circuit rules on <u>Nordyke</u>. Defendants respectfully disagreed that such a stay is necessary.

**(k) STIPULATION TO MAGISTRATE JUDGE**

Defendants are willing to stipulate to the Magistrate Judge assigned to this matter acting as settlement judge.

**(l) ANY OTHER MATTERS**

None at this time.

DATED: October 20, 2009.                    BRICKWOOD LAW OFFICE

                                              /s/ Rodney M. Blaco
                                              RODNEY M. BLACO
                                              Attorneys for Defendants

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **STATUS REPORT**

__/__  by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____ by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____ by personally delivering a true copy thereof to the person and at the address set forth below.

_____ BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on October 20, 2009.

                                        /s/ Deena Swafford
                                        Deena Swafford