Dwayne B. Burns
c/o Shasta Co. Jail
1655 West Street
Redding, CA 96001

Plaintiff, *IN PRO PER*

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, *et al.*,<br><br>　　　　Defendants. | Case No. 2:09-CV-0497 MCE CMK<br><br>MOTION FOR TIME ENLARGEMENT<br>(FRCP 6) |

Plaintiff hereby moves for a time enlargement of 30 days to file objections to the Magistrate Judge's Findings and Recommendations dated November 5, 2009 in the above-entitled cause.

　　　This request is necessary due to Plaintiff's recent incarceration on November 20, 2009 to the Shasta Co. Jail in Redding, Ca. Plaintiff's incarceration will not allow an objection to be timely filed.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　*Dwayne B Burns*

　　　　　　　　　　　　　　　　　　　　　　　D.B. Burns
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff, in Pro Per

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2009, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorneys of record named below, in compliance with FED. R. CIV. P. 5.

EDMUND G. BROWN, JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GEORGE WATERS
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, California 94244-2550


BRICKWOOD LAW OFFICE
Gary C. Brickwood, and
Rodney M. Blaco
Historic Pine Street School
1135 Pine Street, Suite 210
Redding, CA 96001-0750
ATTORNEYS FOR LOCAL DEFENDANTS

_____
Dwayne B. Burns, *In Pro Per*