Dwayne B. Burns, Esq AB4177
High Desert State Prison A-4-123
P.O. Box 3030
1  Susanville, CA 96127
2  Plaintiff, in Pro Per
3
4       IN THE UNITED STATES DISTRICT COURT
5       FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7  | DWAYNE B. BURNS,              | CASE NO:
8  |       PLAINTIFF,              | 2:09-CV-0497 MCE CMK
9  |    v.                         |
10 | MICHAEL MUKASEY, ET AL,       | DECLARATION IN SUPPORT OF
11 |       DEFENDANTS.             | MOTION FOR TIME
12 |                               | ENLARGEMENT
13
14      I, DWAYNE B. BURNS, DECLARE AS FOLLOWS:
15      1. THAT I AM THE PLAINTIFF IN THE ABOVE-
16  ENTITLED ACTION;
17      2. THAT ON NOVEMBER 20, 2009, I WAS
18  REMANDED BY THE SUPERIOR COURT OF CALIFORNIA,
19  FOR THE COUNTY OF SHASTA TO THE CUSTODY OF
20  THE SHASTA COUNTY JAIL;
21      3. THAT THE SHASTA COUNTY JAIL HAS THE
22  CONSTITUTIONALLY-QUESTIONABLE PRACTICE OF
23  REFUSING ITS INMATES ACCESS, PERSONAL ACCESS,
24  TO AN ADEQUATE LAW LIBRARY, OR ANY LIBRARY
25  AT ALL;
26      4. THAT ON DECEMBER 15, 2009, I WAS TRANSFERRED

FILED
DEC 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

1  FROM THE SHASTA COUNTY JAIL IN REDDING TO
2  THE HIGH DESERT STATE PRISON IN SUSANVILLE,
3  CALIFORNIA;
4     5. THAT I CURRENTLY RESIDE IN HIGH
5  DESERT STATE PRISON, AND THAT DESPITE MY
6  REQUEST FOR PHYSICAL ACCESS TO A LAW LIBRARY,
7  I HAVE NOT, AS OF THIS DATE, BEEN GRANTED
8  SUCH ACCESS;
9     6. THAT A TIME ENLARGEMENT OF THIRTY
10 DAYS IS NEEDED IN ORDER FOR PLAINTIFF
11 TO FILE ANY OBJECTION(S) TO THE MAGISTRATE'S
12 FINDINGS AND RECOMMENDATIONS DATED NOVEMBER
13 9, 2009, that WAS PREVIOUSLY FILED IN THIS
14 CASE;
15    7. THAT I INTEND TO FILE OBJECTIONS TO
16 THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS
17 FORTHWITH;
18    8. THAT I HEREBY REQUEST THAT THE COURT
19 INVOKE ITS EQUITABLE AND INHERENT POWERS TO
20 GRANT SUCH A TIME ENLARGEMENT; AND
21    9. THAT SAID REQUEST IS NOT FOR THE
22 PURPOSE OF DELAY, BUT MADE IN GOOD FAITH.
23 ////
24 ////
25 ////
26 ////

PAGE 2 — DECLARATION IN SUPPORT OF MOTION
FOR TIME ENLARGEMENT

1  I DECLARE UNDER PENALTY OF
2  PERJURY UNDER THE LAWS OF THE
3  UNITED STATES OF AMERICA THAT THE
4  FOREGOING IS TRUE AND CORRECT.
5
6  DATED THIS 22ND DAY OF DECEMBER, 2009.
7
8
9  *Dwayne B. Burns*
10  DWAYNE B. BURNS
11  PLAINTIFF, IN PRO PER
12  DECLARANT
13
14  NOTHING FOLLOWS.
15
16
17
18
19
20
21
22
23
24
25
26

---

PAGE 3 - DECLARATION IN SUPPORT OF MOTION
FOR TIME ENLARGEMENT