Dwayne B. Burns AB4177
A4-123
P.O. Box 3030
Susanville CA 96127

December 22, 2009

Clerk of the Court
United States District Court
Eastern District of California
501 I Street, Suite 402
Sacramento, CA 95814




RE: 2:09-CV-0497 MCE CMK

Dear Sir or Madam:

Enclosed are a Notice of Change of Address and a Declaration in Support of Motion for Time Enlargement pertaining to the above-referenced case number. Please file these as appropriate.

Also, please send me the addresses of the Defendants' counsel. I am incarcerated without access to such information.

If you could also send me a "Pro Se Packet" it would be greatly appreciated. I need to file additional complaints relating to separate matters.

If I can be of any assistance, please feel free to contact me at the above address.

Very truly yours,

Dwayne B. Burns

Dwayne B. Burns