IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE B. BURNS,

    Plaintiff,

  v.

MICHAEL MUKASEY, et al.,

    Defendants.

_____/

No. 2:09-cv-00497-MCE-CMK

ORDER

Plaintiff, who is proceeding pro se, brings this civil action alleging, among other things, violation of the right to keep and bear arms under the Second Amendment. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 6, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.[1]

///

---

[1] Plaintiff's motion for an extension of time to file objections (Doc. 44) is granted.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file objections (Doc. 44) is granted;

2. The findings and recommendations filed November 6, 2009, are adopted in full;

3. The State Defendant's motion to dismiss (Doc. 13) is granted;

4. The Local Defendants' motion to dismiss (Docs. 23 and 26) is granted in part and denied in part;

5. The first, second, fourth, sixth, and tenth claims are dismissed;

6. Defendants Brown, Mukasey, Sullivan, Mueller, City of Redding, Hansen, and Bosenko are dismissed; and

7. This action proceeds on plaintiff's third, fifth, seventh, eighth, and ninth claims as against defendants Kimple, Forrest, Williams, and Zufall only.

Dated: February 11, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE