DWAYNE B. BURNS AB4177
HDSP A3-203
P.O. Box 3030
SUSANVILLE, CA 96127

FEBRUARY 8, 2010

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
ROBERT T. MATSUI U.S. COURTHOUSE
501 I STREET, SUITE 4-200
SACRAMENTO, CA 95814

**FILED**

FEB 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RE: BURNS V. MUKASEY, ET AL.
U.S.D.C. CASE NO: 2:09-CV-0497-MCE-CMK

DEAR CLERK OF THE COURT:

I AM THE PLAINTIFF, IN PRO. PER., IN THE ABOVE-REFERENCED CASE. I AM CURRENTLY INCARCERATED AT HIGH DESERT STATE PRISON; THEREFORE, DUE TO PRISON POLICIES AND PRACTICES, I WAS NOT ABLE TO MAKE COPIES OF CERTAIN DOCUMENTS THAT I FILED WITH THE COURT IN A TIMELY MANNER. DEFENSE COUNSEL HAS REFUSED TO STIPULATE AS TO THE SERVICE OF THESE DOCUMENTS, SO I AM REQUESTING COPIES FROM YOU FOR PURPOSES OF SERVICE IN A PROPER MANNER.

I AM AWARE THAT THIS ENTAILS COST, BUT I'M NOT SURE OF THE EXACT COST PER PAGE, NUMBER OF PAGES, OR POSTAGE. THEREFORE, I AM SENDING YOU A CHECK IN THE AMOUNT OF TEN (10) U.S. DOLLARS IN HOPES THAT WILL COVER THE COST.

THE CHECK WILL ARRIVE IN A SEPARATE ENVELOPE, BECAUSE OF THE MINOR DELAY IN ITS PROCESSING.

THE DOCUMENTS I AM REQUESTING ARE:

1) THE LATEST "NOTICE OF CHANGE OF ADDRESS";

2) THE "MOTION FOR TIME ENLARGEMENT";

3) THE "DECLARATION IN SUPPORT OF MOTION FOR TIME ENLARGEMENT"; AND

4) THE "OBJECTIONS TO MAGISTRATE'S FINDING AND RECOMMENDATIONS".

IDEALLY, I WOULD LIKE A TOTAL OF THREE (3) COMPLETE COPIES OF THE ABOVE-LISTED DOCUMENTS SENT TO ME AT MY ADDRESS LISTED ABOVE.

HOWEVER, IF THE AMOUNT THAT I AM SENDING IS INSUFFICIENT, PLEASE MAKE THE NUMBER OF COPIES POSSIBLE.

I UNDERSTAND THAT YOU ARE INCREDIBLY BUSY, BUT TIME IS OF THE ESSENCE OF THIS REQUEST.

IF YOU SHOULD HAVE ANY QUESTIONS, OR IF I CAN BE OF FURTHER ASSISTANCE, PLEASE FEEL FREE TO CONTACT ME AT THE ADDRESS LISTED ABOVE, OR ONE OF MY ASSISTANTS, DEAN BURNS AT (530) 917-1312, OR DOLLY BURNS AT (530) 921-4964. EITHER ONE WILL BE GLAD TO ASSIST IN ANY WAY POSSIBLE.

VERY TRULY YOURS,

Dwayne B. Burns, Esq.

DWAYNE B. BURNS, ESQ.

PLAINTIFF, IN PRO. PER.