Name: DWAYNE B. BURNS AB4177
Address: H.D.S.P. A3-235, P.O. Box 3030
City, State, Zip: SUSANVILLE CA 96127
Phone: NONE
Fax: NONE
E-Mail: NONE

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

**FILED**
MAR 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT
## EASTERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

DWAYNE B. BURNS
                            PLAINTIFF(S),
v.
MICHAEL MUKASEY, ET AL.,
                            DEFENDANT(S).

CASE NUMBER: 2:09-CV-0497 MCE CMK

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __DWAYNE B. BURNS__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): DATED FEBRUARY 11, 2010

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __2/11/2010__. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

__2/24/2010__                      __Dwayne B. Burns__
Date                               Signature
                                   ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07) PAGE 1 -                           NOTICE OF APPEAL

<u>EXHIBIT A</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE B. BURNS,                               No. 2:09-cv-00497-MCE-CMK

    Plaintiff,

    v.                                                     <u>ORDER</u>

MICHAEL MUKASEY, et al.,

    Defendants.

_____/

    Plaintiff, who is proceeding pro se, brings this civil action alleging, among other things, violation of the right to keep and bear arms under the Second Amendment. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On November 6, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.[1]

///

---

[1] Plaintiff's motion for an extension of time to file objections (Doc. 44) is granted.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file objections (Doc. 44) is granted;

2. The findings and recommendations filed November 6, 2009, are adopted in full;

3. The State Defendant's motion to dismiss (Doc. 13) is granted;

4. The Local Defendants' motion to dismiss (Docs. 23 and 26) is granted in part and denied in part;

5. The first, second, fourth, sixth, and tenth claims are dismissed;

6. Defendants Brown, Mukasey, Sullivan, Mueller, City of Redding, Hansen, and Bosenko are dismissed; and

7. This action proceeds on plaintiff's third, fifth, seventh, eighth, and ninth claims as against defendants Kimple, Forrest, Williams, and Zufall only.

Dated: February 11, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON FEBRUARY 24, 2010, A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT WAS SERVED ON ALL RESPONDING PARTIES BY TELECOPY TRANSMITTAL, HAND DELIVERY, AND/OR FIRST-CLASS U.S. MAIL, POSTAGE PREPAID, TO THE ATTORNEYS OF RECORD NAMED BELOW, IN COMPLIANCE WITH FED. R. CIV. P. 5.

EDMUND G. BROWN, JR.
ATTORNEY GENERAL OF CALIFORNIA
JONATHAN K. RENNER
SR. ASST. ATTORNEY GENERAL
GEORGE WATERS
DEP. ATTORNEY GENERAL
1300 I STREET STE. 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

GARY C. BRICKWOOD
BRICKWOOD LAW OFFICE
RODNEY M. BLACO
1135 PINE ST., STE. 210
REDDING, CA 96001

*Dwayne B. Burns, J.D.*
DWAYNE B. BURNS, IN PRO PER

---

PAGE 2 - NOTICE OF APPEAL