UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**USCA NUMBER:** _____
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:** CLERK, U.S. COURT OF APPEALS

**FROM:** CLERK, U.S. DISTRICT COURT

**SUBJECT:** NEW APPEALS DOCKETING INFORMATION

<u>CASE INFORMATION</u>

| | |
|---|---|
| USDC Number: | **2:09−CV−00497−MCE−CMK** |
| USDC Judge: | **JUDGE MORRISON C. ENGLAND JR.** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **DWAYNE B. BURNS vs. KEVIN KIMPLE** |
| Type: | **CIVIL** |
| Complaint Filed: | **2/20/2009** |
| Appealed Order/Judgment Filed: | **2/12/2010** |
| Court Reporter Information: | |

<u>FEE INFORMATION</u>

**Fee Status: IFP Granted on 3/2/2009**

Information prepared by: /s/ **R. Becknal , Deputy Clerk**