UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**DWAYNE B. BURNS,**
      Plaintiff

   v.                                  **CASE NO. 2:09–CV–00497–MCE–CMK**

**KEVIN KIMPLE, ET AL.,**
      Defendant

   You are hereby notified that a Notice of Appeal was filed on **March 01, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

March 3, 2010

                                **VICTORIA C. MINOR**
                                **CLERK OF COURT**

                    **by:** /s/ R. Becknal

                                Deputy Clerk