Dwayne B. Burns AB4177
Lassen C.C.F. 504/56
1405 Sheriff Cady Ln.
1  Susanville, CA 96130

2  Plaintiff, In Pro Per

                IN THE UNITED STATES DISTRICT COURT
3
                FOR THE EASTERN DISTRICT OF CALIFORNIA
4
    Dwayne B. Burns,                  Case No.: 2:09-CV-0497
5                                                           MCE CMK
         Plaintiff,
                                      Notice of Change
         v.
6                                         of Address
    Michael Mukasey, et al.,
7
         Defendants.
8  _____|

       To the Clerk of the Court, and all
9
    Represented Parties: Please take notice
10  that effective immediately, Plaintiff's
    Address for all correspondence and notices
11  is as follows:
           Dwayne B. Burns AB4177
12         Lassen C.C.F. 504/56
           1405 Sheriff Cady Ln.
13         Susanville, CA 96130.
14                       Respectfully Submitted,

15                       Dwayne B. Burns

16                       Dwayne B. Burns,
17                       Plaintiff, In Pro Per