IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No. CIV S-09-0497-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| KIMPLE, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, who is proceeding pro se, brings this civil action. On February 12, 2010, the District Judge issued an order addressing various motions and limiting this action. Plaintiff filed an interlocutory appeal which was dismissed for lack of jurisdiction on April 14, 2010, thereby returning jurisdiction to this court.

       Upon consideration of the status reports on file in this action and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

       1.    Defendants shall file an answer by May 20, 2010;

       2.    The parties are exempted from the requirements outlined in Federal Rule of Civil Procedure 26(a)(1) and (f);

3. The parties shall exchange lists of expert witnesses no later than July 20, 2010. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

4. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 20, 2010;

5. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by December 20, 2010;

6. The pre-trial conference is set for February 3, 2011, at 2:00 p.m. before the Honorable Morrison C. England, Jr. Separate pre-trial statements shall be filed pursuant to Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

7. Jury trial of this matter is set for April 4, 2011, at 9:00 a.m. before the Honorable Morrison C. England, Jr.. The parties shall file trial briefs pursuant to Local Rule 285.

IT IS SO ORDERED.

DATED: April 21, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE