UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DWAYNE B. BURNS,

       Plaintiff - Appellant,

v.

MICHAEL B. MUKASEY, Attorney General; et al.,

       Defendants - Appellees.

No. 10-15470

D.C. No. 2:09-cv-00497-MCE-CMK
U.S. District Court for Eastern California, Sacramento

**MANDATE**

The judgment of this Court, entered April 14, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | APR 14 2010<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>MICHAEL B. MUKASEY, Attorney General; et al.,<br><br>    Defendants - Appellees. | No. 10-15470<br><br>D.C. No. 2:09-cv-00497-MCE<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: B. FLETCHER, FISHER and M. SMITH, Circuit Judges.

 A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se