1 | DWAYNE B. BURNS AB4177
LASSEN C.C.F. 504-81
2 | 1405 SHERIFF CADY LANE
SUSANVILLE, CA 96130





**FILED**

SEP 2 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,<br><br>　　　　Defendants. | Case No.: No. 2:09-CV-0497-MCE-CMK<br><br>**MOTION TO EXTEND DISCOVERY CUTOFF DATE AND FOR CONTINUANCE OF TRIAL DATE** |

COMES NOW the Plaintiff, DWAYNE B. BURNS, appearing *in propria persona*, and moves this court for an order extending the date for cutoff of discovery in the instant case from October 20, 2010, to December 20, 2010; and continuing the trial date in the instant case accordingly. The grounds for this motion are: (1) The Plaintiff is incarcerated in a California State Prison until October 14, 2010; (2) Plaintiff is unable to adequately prepare for trial, discovery, and/or file motions for summary adjudication due to his incarceration; and (3) Plaintiff needs the extra time requested for discovery in order to ensure his right to Due Process of Law under the Fourteenth Amendment to the United States Constitution. This motion is based on the memoranda, papers, and records filed herein, as well as the Memorandum, and Declaration in Support thereof filed concurrently with this motion.

////

////

Plaintiff's Motion to Extend Discovery Cutoff Date - 1

1  ////

2  ////

3  DATED this 28th day of August, 2010        Respectfully submitted,

    *Dwayne B. Burns*
    DWAYNE B. BURNS, Plaintiff
    LASSEN C.C.F. 504-81
    1405 SHERIFF CADY LANE
    SUSANVILLE, CA 96130

## CERTIFICATE OF SERVICE

I hereby certify that on September __18__, 2010, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorneys of record named below, in compliance with Fed. R. Civ. P. 5.

Gary Brickwood, Esq.
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001

*Dwayne B. Burns*
Dwayne B. Burns, Plaintiff, *In Pro Per*

Plaintiff's Motion to Extend Discovery Cutoff Date - 3

DWAYNE B. BURNS AB4177
LASSEN C.C.F. 504-81
1405 SHERIFF CADY LANE
SUSANVILLE, CA 96130

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DWAYNE B. BURNS,

Plaintiff,

vs.

MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,

Defendants.

Case No.: No. 2:09-CV-0497-MCE-CMK

**PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION TO EXTEND DISCOVERY CUTOFF DATE AND FOR CONTINUANCE OF TRIAL DATE**

I, Dwayne B. Burns, declare as follows:

1. I am the Plaintiff in the above-entitled action, appearing *in propria persona*.

2. I am currently incarcerated in a California State Prison adjunct facility, located at the Lassen County Jail in Susanville, California.

3. I am appealing my California state conviction, in Shasta County Superior Court case number 07F3931, which brought about my current incarceration.

4. I am confident that said conviction will be reversed by the California Court of Appeal, because at my second trial in the matter, the trial judge erroneously instructed the jury that: (a) I was a trespasser, and (b) that as a trespasser **I had no right to self-defense**.

5. The trial judge in my California state criminal proceedings denied my request for bail pending appeal, and my Motion for New Trial.

Plaintiff's Declaration in Support of Motion to Extend Discovery Cutoff Date - 1

////

6. I am factually innocent of the charge for which I stand currently convicted, and that caused my current incarceration in state prison.

7. The Lassen County Jail lacks an adequate law library as required by state and federal laws.

8. The court has a discovery cutoff date in this case currently mandated for October 20, 2010, and the court has ordered that all pre-trial motions be noticed to be heard by December 20, 2010.

9. The court has also established a trial date of April 4, 2011 in this matter.

10. My current incarceration has prevented me from conducting timely and adequate discovery in this matter.

11. I would like to have the opportunity to depose one or more of the defendants in this case, but have been unable to do so because of my current incarceration.

12. In order to adequately conduct discovery in this case, I need additional time to depose the defendants in this matter.

13. I am currently scheduled to be release from prison on October 14, 2010.

14. I am requesting that the court extend discovery cutoff in this case until at least December 20, 2010, and to adjust the other dates that have been set by the court accordingly.

15. I believe that if I am required to complete discovery in this case by October 20, 2010, as the court has currently ordered, I will be denied my right to due process of law under the Fourteenth Amendment to the United States Constitution.

**I hereby declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.**

DATED this 28th day of August, 2010                    Respectfully submitted,

*[signature: Dwayne B. Burns]*

DWAYNE B. BURNS, Declarant
Plaintiff, *In Pro Per*

---

Plaintiff's Declaration in Support of Motion to Extend Discovery Cutoff Date - 2

## CERTIFICATE OF SERVICE

I hereby certify that on September __18__, 2010, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorneys of record named below, in compliance with Fed. R. Civ. P. 5.

Gary Brickwood, Esq.
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001

_Dwayne B. Burns_
Dwayne B. Burns, *In Pro Per*

---

Plaintiff's Declaration in Support of Motion to Extend Discovery Cutoff Date - 3

DWAYNE B. BURNS AB4177
LASSEN C.C.F. 504-81
1405 SHERIFF CADY LANE
SUSANVILLE, CA 96130

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

DWAYNE B. BURNS,

    Plaintiff,

vs.

MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,

    Defendants.

Case No.: No. 2:09-CV-0497-MCE-CMK

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DISCOVERY CUTOFF DATE AND FOR CONTINUANCE OF TRIAL DATE**

## INTRODUCTION

THE PLAINTIFF, DWAYNE B. BURNS, REQUESTS THAT THE DISCOVERY CUTOFF DATE IN THE INSTANT CASE BE EXTENDED FROM OCTOBER 20, 2010 TO DECEMBER 20, 2010. THIS EXTENSION IS NECESSARY BECAUSE THE PLAINTIFF HAS NOT BEEN ABLE TO CONDUCT ADEQUATE DISCOVERY IN THIS CASE DUE TO THE PLAINTIFF BEING INCARCERATED.

THE PLAINTIFF IS CURRENTLY SERVING TIME AT THE LASSEN COMMUNITY CORRECTION FACILITY

Memorandum in Support of Motion to Extend Discovery Cutoff Date - 1

1  IN SUSANVILLE, CALIFORNIA FOR A CONVICTION
2  FROM THE SUPERIOR COURT OF CALIFORNIA, FOR
3  THE COUNTY OF SHASTA, IN CASE NUMBER 07F3931.
4  SAID CONVICTION IS CURRENTLY BEING APPEALED
5  AND IS PENDING BEFORE THE CALIFORNIA COURT
6  OF APPEAL, FOR THE THIRD APPELLATE DISTRICT,
7  IN CASE NUMBER C063603.

9  UNDER CALIFORNIA LAW, THE PENDENCY OF AN
10 APPEAL PRECLUDES FINALITY. SEE SOSA V. DIRECTV
11 437 F.3d 923, 928 (9TH CIR 2006) ("CALIFORNIA
12 AND FEDERAL LAW DIFFER, HOWEVER, WITH RESPECT
13 TO WHEN A JUDGMENT RENDERED BY A TRIAL COURT
14 BECOMES A 'FINAL JUDGMENT' FOR RES JUDICATA
15 PURPOSES. 'UNDER CALIFORNIA LAW, ... A JUDGEMENT
16 IS NOT FINAL FOR PURPOSES OF RES JUDICATA
17 DURING THE PENDENCY OF AND UNTIL RESOLUTION
18 OF AN APPEAL.'") (QUOTING EICHMAN V. FOTOMAT
19
20 CORP., 759 F.2d 1434, 1439 (9TH CIR. 1985));
21 PEOPLE V. SIMS, 32 CAL. 3d 468, 486 (1982)
22 ("HOWEVER, IT IS A WELL ESTABLISHED RULE
23 THAT ONLY JUDGMENTS WHICH ARE FREE FROM
24 DIRECT ATTACK ARE FINAL AND MAY NOT BE
25 RELITIGATED."), SUPERCEDED BY STATUTE ON OTHER
26 GROUNDS AS STATED IN PEOPLE V. PRESTON,
27 43 CAL. APP. 4TH 450 (1996).

Memorandum in Support of Motion to Extend Discovery Cutoff Date - 2

1. THE PLAINTIFF IS FACTUALLY INNOCENT OF THE
2. CHARGE FOR WHICH HE IS CONVICTED AND FOR WHICH IS
3. INCARCERATED IN THE CALIFORNIA STATE PRISON
4. SYSTEM. THE PLAINTIFF FULLY EXPECTS HIS
5. CURRENT CONVICTION TO BE REVERSED BY THE
6. CALIFORNIA COURT OF APPEAL.
7. DUE TO PLAINTIFF'S CURRENT INCARCERATION,
8. HE HAS BEEN UNABLE TO CONDUCT ADEQUATE
9. DISCOVERY IN THIS CASE. PLAINTIFF IS TO BE
10. RELEASED FROM INCARCERATION ON OCTOBER 14, 2010.
11. THE PLAINTIFF HAS ALREADY BEEN SEVERELY
12. HINDERED IN DISCOVERY BECAUSE HE HAS BEEN
13. UNABLE TO CONTACT AND DISCUSS THIS CASE
14. WITH EXPERTS DUE TO HIS INCARCERATION,
15. AND AS A RESULT OF THE COURT'S JULY 20,
16. 2010, DATE MANDATING EXCHANGE OF EXPERT
17. LISTS, IS CURRENTLY UNABLE TO COMPLY WITH
18. THE COURT'S ORDER TO EXCHANGE EXPERT LISTS
19. IN A TIMELY MANNER.
20. PLAINTIFF WOULD LIKE THE OPPORTUNITY
21. TO CONDUCT FURTHER DISCOVERY IN THIS CASE,
22. INCLUDING, BUT NOT LIMITED TO, DEPOSING
23. ONE OR MORE OF THE DEFENDANTS.
24. PLAINTIFF IS NOT MAKING THIS REQUEST
25. IN ORDER TO MERELY HARRASS THE DEFENDANTS,
26. OR SOLELY FOR DELAY.
27.
28.

Memorandum in Support of Motion to Extend Discovery Cutoff Date - 3

## ARGUMENT

THE COURT HAS THE INHERENT AUTHORITY TO CONTROL THE DISPOSITION OF THE CASES ON ITS DOCKET "IN A MANNER WHICH WILL PROMOTE ECONOMY OF TIME AND EFFORT FOR ITSELF, FOR COUNSEL, AND FOR THE LITIGANTS," _CMAX, INC. V. HALL_, 300 F.2d 265, 268 (9TH CIR. 1962); SEE _LANDIS V. N. AM Co._, 299 U.S. 248, 254 (1936). HOW THESE OBJECTIVES CAN BE ACHIEVED "CALLS FOR THE EXERCISE OF JUDGMENT, WHICH MUST WEIGH COMPETING INTERESTS AND MAINTAIN AN EVEN BALANCE." _LANDIS_, 299 U.S. AT 254-55.

THE PLAINTIFF WILL BE IRREPARABLY HARMED IF FORCED TO CONCLUDE DISCOVERY BY OCTOBER 20, 2010, WHEREAS DEFENDANTS WILL SUFFER NO HARM BY THE REQUEST TO EXTEND DISCOVERY IF IT IS GRANTED. COURTS HAVE A STRONG POLICY TO ENSURE THAT CASES ARE DECIDED UPON THEIR MERITS, AND NOT DETERMINED BY TECHNICAL CONSIDERATIONS. [CITATIONS OMITTED].

PLAINTIFF'S REQUEST SHOULD BE GRANTED.

DATED this 28th day of August, 2010

Respectfully submitted,

_Dwayne B. Burns_
DWAYNE B. BURNS, Plaintiff
LASSEN C.C.F. 504-81
1405 SHERIFF CADY LANE
SUSANVILLE, CA 96130

## CERTIFICATE OF SERVICE

I hereby certify that on September __18__, 2010, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorneys of record named below, in compliance with Fed. R. Civ. P. 5.

Gary Brickwood, Esq.
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001

_____
Dwayne B. Burns, Plaintiff, *In Pro Per*

Memorandum in Support of Motion to Extend Discovery Cutoff Date - 5