**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants TOM BOSENKO, CITY OF REDDING, PETER HANSEN, KEVIN KIMPLE, WILLIAM FORREST, WILL WILLIAMS and REBECCA ZUFALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United State of America, et al.,<br><br>    Defendants.<br>_____/ | Case No.2:09-CV-00497-MCE-CMK<br><br>**OPPOSITION TO MOTION TO EXTEND DISCOVERY CUTOFF DATE AND FOR CONTINUANCE OF TRIAL DATE AND DECLARATION OF GARY BRICKWOOD** |

Defendants TOM BOSENKO, CITY OF REDDING, PETER HANSEN, KEVIN KIMPLE, WILLIAM FORREST, WILL WILLIAMS and REBECCA ZUFALL respond to plaintiff's Motion to Extend Discovery and Continue Trial as follows:

Defendants oppose the request to extend discovery and to continue trial. It appears that plaintiff's reason for both requests is his present incarceration. Plaintiff's incarceration should not establish good cause to extend discovery nor to continue trial. Plaintiff's opinion regarding the merits of the appeal aside, no information is provided in the motion and no information is known to responding party that the criminal case conviction or the appeal from that conviction relates or intertwines with the facts of the present civil case. The remaining causes of action in the present civil case arise out of Mr. Burns' claim to a deprivation of civil rights resulting from the

seizure of a handgun found at his residence. The handgun is not the basis for the criminal conviction. There does not appear to be any reason in the interests of justice to delay the civil case for the outcome of the criminal appeal. So far as responding party is aware, the two cases are unrelated.

In that the moving papers fail to establish good cause for continuance of trial or to extend discovery, responding parties oppose the request for both.

DATED: September 27, 2010.        BRICKWOOD LAW OFFICE

/S/ GARY BRICKWOOD
GARY BRICKWOOD
Attorney for BOSENKO, CITY OF REDDING, HANSEN, KIMPLE, FORREST, WILLIAMS and ZUFALL

**DECLARATION OF GARY BRICKWOOD**

I, GARY BRICKWOOD, declare as follows:

I am the attorney of record for defendants in the above-entitled matter.

Plaintiff has propounded discovery in the form of interrogatories and requests for production of documents to all remaining defendants and defendants have responded.

To my knowledge the plaintiff's criminal case is unrelated to the facts alleged by plaintiff in the present civil case. The present civil case alleges constitutional deprivation arising out of the seizure of a handgun from plaintiff's claimed residence. I have no information and on that basis am informed and believe that the criminal conviction is entirely unrelated to this claim arising out of the seizure of a handgun.

I declare under penalty of perjury the foregoing is true and

1 correct.  Executed this 27th day of September, 2010, at Redding,
2 California.
3
4                                          /s/ GARY BRICKWOOD
                                          GARY BRICKWOOD
5

**OPPOSITION TO MOTION TO EXTEND DISCOVERY** 3

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **OPPOSITION TO MOTION TO EXTEND DISCOVERY CUTOFF DATE AND FOR CONTINUANCE OF TRIAL DATE AND DECLARATION OF GARY BRICKWOOD**

\_\_\_\_\_ by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

\_\_\_\_\_ by placing a true copy thereof in a box or other facility regularly maintained by \_\_\_\_\_ U.P.S. / \_\_\_\_\_ Federal Express, in a sealed envelope or package designated by \_\_\_\_\_ U.P.S. / \_\_\_\_\_ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

\_\_\_\_\_ by personally delivering a true copy thereof to the person and at the address set forth below.

\_\_\_\_\_ BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
Lassen C.C.F.
1405 Sheriff's Caddy Lane
Susanville, CA 96130

George Michael Waters, Esq.
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on September 28, 2010.


                                    /s/ Deena Swafford
                                    Deena Swafford