1  **GARY BRICKWOOD, State Bar No. 94892**
   BRICKWOOD LAW OFFICE
2  1135 Pine Street, Suite 210
   Redding, CA 96001
3  (530) 245-1877
   (530) 245-1879 (fax)
4
   Attorneys for Defendants KEVIN KIMPLE,
5  WILLIAM FORREST, WILL WILLIAMS
   and REBECCA ZUFALL
6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 DWAYNE B. BURNS,                    Case No.2:09-CV-00497-MCE-CMK

11         Plaintiff,
                                       **DECLARATION OF WILL WILLIAMS**
12 vs.

13 MICHAEL MUKASEY, in his official
   capacity as Attorney General of the
14 United State of America, et al.,

15         Defendants.
                                    /
16

17     I, WILL WILLIAMS, declare as follows:

18     1.   I am an officer with the Redding Police Department and a

19 defendant in this action.  I make this declaration on personal

20 knowledge.

21     2.   On May 21, 2007, at approximately 11 a.m., I was dispatched

22 on a domestic disturbance call involving a man with a handgun to 5812

23 Cedars Road, Redding. That location is a trailer home park.

24     3.   After I arrived on the scene, I assisted Officer Kimple in

25 detaining Dwayne Burns.  My understanding at the time was that Mr.

26 Burns was believed to have assaulted his wife, Lori Burns.  At the

27 time of my contact with Mr. Burns, he was angry and combative.  Mr.

28 Burns was handcuffed and placed in the rear of a patrol car for the

Declaration of Will Williams                                         **1**

1  safety of officers and others at the scene.

2      4.   I assisted Officer Kimple in interviewing Lori Burns and
3  Shari McClendon. As a result of the interviews, I learned of a
4  physical fight between Lori Burns and Dwayne Burns the previous night,
5  and the continuing argument that morning at the trailer park. I
6  learned that both Lori Burns and Shari McClendon thought that Dwayne
7  Burns might be in possession of or had access to a handgun either on
8  his person or in one of the two trailers. I learned from Lori Burns
9  that Lori Burns and Dwayne Burns co-occupied the trailers in space 5
10 and space 23, and that Lori Burns owned both trailers herself.

11     5.   I informed Officer Zufall and Corporal Forrest of the
12 information provided in paragraph 4. I advised them of the
13 information about Dwayne Burns' possession of a firearm. I advised
14 them that I had learned that Lori Burns owned both trailers and that
15 both Lori Burns and Dwayne Burns lived in and used both trailers for
16 storage of personal possessions.

17     6.   I then asked Lori Burns if she would consent to allow
18 officers to search the trailers at space 5 and space 23. Lori Burns
19 stated that she did consent to officers searching both trailers. She
20 also stated that she believed Dwayne Burns had firearms in both
21 trailers. Lori Burns stated she was unsure whether Dwayne Burns had
22 drugs in both trailers.

23     7.   Officer Zufall and I searched the trailer in space 5 first.
24 In trailer 5, I located personal belongings with the names of both
25 Lori Burns and Dwayne Burns. I also located in the trailer at space
26 5, ammunition in the kitchen and a box consistent with a gun box that
27 would hold a handgun but there was no handgun inside the box.

28     8.   Officer Zufall and I then searched the trailer at space 23.

Declaration of Will Williams     **2**

1  In this trailer, I found another box of ammunition and a gun cleaning
2  kit.   I also found two large containers holding approximately 10
3  pounds of marijuana, a number of syringes and miscellaneous drug
4  paraphernalia.
5       9.    I did not find or seize a firearm from either the trailer
6  in space 5 or the trailer in space 23.
7       I declare under penalty of perjury that the foregoing is true and
8  correct. Executed this 10th day of March, at Redding, California

                                        /s/ Will Williams
                                       OFFICER WILL WILLIAMS

Declaration of Will Williams                                           **3**

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **DECLARATION OF WILL WILLIAMS**

__/__ by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____ by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____ by personally delivering a true copy thereof to the person and at the address set forth below.

_____ BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on March 10, 2011.

                                             /s/ Deena Swafford
                                             Deena Swafford