**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants KEVIN KIMPLE,
WILLIAM FORREST, WILL WILLIAMS
and REBECCA ZUFALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | Case No. 2:09-CV-00497-MCE-CMK |
| Plaintiff, | **DECLARATION OF KEVIN KIMPLE** |
| vs. | |
| MICHAEL MUKASEY, in his official capacity as Attorney General of the United State of America, et al., | |
| Defendants. | |

I, KEVIN KIMPLE, declare as follows:

1. I am an officer with the Redding Police Department and a defendant in this action. I make this declaration on personal knowledge.

2. On May 21, 2007, at approximately 11:00 a.m., I was dispatched on a domestic disturbance call to 5812 Cedars Road, Redding. That location is a trailer home park. Dispatch advised me that there were multiple reporting parties about the domestic disturbance call. Dispatch advised that there was a report by one of the reporting parties that a handgun had been displayed by the suspect, Dwayne Burns, during the disturbance. Dispatch advised that Dwayne Burns was reported to be attempting to run down a female with

Declaration of Kevin Kimple  **1**

1 his truck at the trailer park.  Dispatch further advised that Dwayne
2 Burns himself called dispatch to report that a female McClendon at the
3 trailer park had taken his dog and that he was trying to locate
4 McClendon.  Dispatch advised that Dwayne Burns would be waiting for
5 our arrival at the entrance to the trailer park.
6     3.   When I arrived at the trailer park, I made initial contact
7 with Dwayne Burns at the entrance.  Because of the report regarding
8 the handgun, Mr. Burns was immediately handcuffed and detained.  He
9 had no gun on his person at that time.  Mr. Burns was upset and angry.
10 During our brief contact at that time, Dwayne Burns accused his wife
11 and sister of being liars.  His emotions ranged from anger to crying
12 and he made statements that his life was over.  Burns was put into the
13 back of a patrol car for safekeeping so that we could investigate the
14 circumstances.
15     4.   I made contact with Lori Burns at the trailer park.  Ms.
16 Burns was found hiding behind a fence within the trailer park.  Ms.
17 Burns identified herself as the victim of an assault by her husband,
18 Dwayne Burns.
19     5.   Lori Burns advised me that she, Lori Burns, owned two
20 trailers in the park, the trailer located in space 5 and the trailer
21 located in space 23.  She stated she and Dwayne Burns lived in both
22 trailers and kept belongings in both trailers and that Dwayne Burns
23 spent more time in trailer 5.
24     6.   Lori Burns advised me that she and Dwayne Burns had been
25 fighting.  Lori Burns had a bruise on her face.  She told me that she
26 and Dwayne Burns had a physical fight the night before at about 1:00
27 a.m. and that he had grabbed her face, struck her several times, and
28 pulled her hair.  She told me she had not previously reported this

1 fight to the police because she was afraid of her husband.  She told
2 me after the fight, she had left the trailer park and spent the night
3 with her sister at her sister's home.

4     7.   Lori Burns told me that she returned to the trailer park the
5 morning of the 21st, the day of this domestic disturbance call, to
6 pick up personal belongings and check on her dog.  Ms. Burns told me
7 that after she arrived at the trailer park that morning, she had
8 another argument with Dwayne Burns.

9     8.   Ms. Burns told me that while they were arguing that morning
10 that she had felt threatened by Burns and that Burns owned a silver
11 handgun and that she believed that he might have it in his possession.

12     9.   I then spoke with the sister, Shari McClendon.  Ms.
13 McClendon told me that she was Lori Burn's sister.  Ms. McClendon told
14 me that Lori Burns had stayed with her the night before because of the
15 fight with Dwayne Burns.  She told me she had gone to the trailer park
16 with Lori Burns that morning to assist Lori Burns and because Lori
17 Burns was afraid for her safety because of Dwayne Burns.  Ms.
18 McClendon told me that she had seen Lori Burns and Dwayne Burns
19 arguing that morning before police arrived and that she had heard a
20 comment about a gun.  Ms. McClendon told me that she saw Dwayne Burns
21 fiddling with a silver object in his hand that she thought might have
22 been a gun, but she was not certain whether it was a gun.

23     10.  I made further contact with Dwayne Burns in the patrol car.
24 He remained extremely angry.  He was emotionally upset.  I placed
25 Dwayne Burns under arrest for the assault on Lori Burns in violation
26 of Penal Code Section 243(e)(1) and transported Mr. Burns to jail.

27     11.  I did not participate in any search of the trailers at the
28 trailer park.

Declaration of Kevin Kimple    **3**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, at Redding, California.

                                          /S/ KEVIN KIMPLE
                                          OFFICER KEVIN KIMPLE

Declaration of Kevin Kimple                                                  **4**

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **DECLARATION OF KEVIN KIMPLE**

__/__  by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____ by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____ by personally delivering a true copy thereof to the person and at the address set forth below.

_____ BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on March 10, 2011.

/s/ Deena Swafford
Deena Swafford

Declaration of Kevin Kimple **5**