**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants KEVIN KIMPLE,
WILLIAM FORREST, WILL WILLIAMS
and REBECCA ZUFALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United State of America, et al.,<br><br>    Defendants._____/ | Case No.2:09-CV-00497-MCE-CMK<br><br>**DECLARATION OF REBECCA ZUFALL** |

I, REBECCA ZUFALL, declare as follows:

1.   I am an officer with the Redding Police Department and a defendant in this action. I make this declaration on personal knowledge.

2.   On May 21, 2007, at approximately 11:00 a.m., I was dispatched on a domestic disturbance call involving a suspect brandishing a handgun to 5812 Cedars Road, Redding. I was accompanied by Corporal Forrest. That location is a trailer home park.

3.   While at the scene of the trailer park, after Dwayne Burns had been handcuffed and placed in the back of a patrol car, I was advised by Officer Will Williams of the Redding Police Department that Williams had obtained consent from Lori Burns to search the trailers

at space 5 and space 23. Officer Williams advised me that he had learned from Lori Burns that she and Dwayne Burns were married and that she owned both trailers and that both she and Dwayne Burns lived in and occupied both trailers.

4. I was advised by Officer Williams that Lori Burns had stated that Dwayne Burns owned a handgun or handguns that may be located in one or both trailers. I was advised that Lori Burns and her sister had provided statements that Burns may have been in possession of a handgun earlier in the morning prior to police arrival at the scene.

5. I asked Dwayne Burns if he would consent to police officers searching the trailer at space 5 and the trailer at space 23. Mr. Burns told me he would consent to officers searching the trailer at space 5, but would not consent to officers searching the trailer at space 23.

6. In that Officer Williams told me he had obtained consent from Lori Burns to search both trailers and in that officers were concerned about the presence of a gun in the trailers and the fact that there had been a domestic violence incident between Dwayne Burns and Lori Burns, I thought it was important to determine if possible whether a gun was present in both trailers and if so, to seize the gun. For this reason, I spoke with Corporal Forrest who was the supervising officer at the scene. I relayed to Corporal Forrest the information contained in this declaration about witness statements that Mr. Burns owned a handgun and was believed to have been in possession of a handgun the morning before police arrived at the scene. I advised Corporal Forrest about the consent from Lori Burns to search both trailers and about the consent from Dwayne Burns to search the trailer at space 5 and about his refusal to consent to a

Declaration of Rebecca Zufall                                     **2**

search of the trailer at space 23.

7. It was my belief that Lori Burns as the owner and co-occupant of both trailers had the authority to grant consent to search both trailers and that officers were authorized under the consent given by Lori Burns to search both trailers even though Dwayne Burns had refused to consent to a search of the trailer at space 23. Corporal Forrest advised me that he agreed that officers were authorized under the consent from Lori Burns to search trailer 23.

8. In response to this information, I proceeded to search the trailer at space 23 and Officer Will Williams assisted me with the search of that trailer. I found a handgun in a black holster in a top bedroom dresser drawer in the trailer in space 23.

9. I had learned during our investigation and prior to locating the handgun, that Mr. Burns was then currently on bail for an arrest involving another charge. In that Mr. Burns was currently under arrest by Officer Kimple for a domestic violence charge involving Lori Burns, I took possession of the handgun for the safety of Lori Burns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8 day of March, at Redding, California.

                                          /s/ Rebecca Zufall
                                          OFFICER REBECCA ZUFALL

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **DECLARATION OF REBECCA ZUFALL**

__/__   by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____   by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____   by personally delivering a true copy thereof to the person and at the address set forth below.

_____   BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on March 10, 2011.

                                           /s/ Deena Swafford
                                           Deena Swafford