1   **GARY BRICKWOOD, State Bar No. 94892**
   BRICKWOOD LAW OFFICE
2   1135 Pine Street, Suite 210
   Redding, CA 96001
3   (530) 245-1877
   (530) 245-1879 (fax)
4
   Attorneys for Defendants KEVIN KIMPLE,
5   WILLIAM FORREST, WILL WILLIAMS
   and REBECCA ZUFALL
6

7

8                UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DWAYNE B. BURNS,              Case No.2:09-CV-00497-MCE-CMK

11        Plaintiff,
                         **DECLARATION OF CHRIS CARMONA**
12  vs.

13  MICHAEL MUKASEY, in his official
   capacity as Attorney General of the
14  United State of America, et al.,

15        Defendants.
   _____/
16

17      I, CHRIS CARMONA, declare as follows:

18      1.   I am the Risk Manager at the City of Redding and have been

19  in that position since May 2007.  As part of my responsibilities for

20  the City of Redding, I review and retain all Government claims filed

21  against the City of Redding or any of its employees.  All such

22  Government claims are kept under my possession and control and it is

23  part of my responsibility to maintain such claims and as necessary to

24  review such claims in preparation to defend lawsuits against the City

25  of Redding or City of Redding employees.

26      2.   I have reviewed all Government claims records in my

27  possession and control to determine whether plaintiff Dwayne Burns

28  filed a Government claim arising out of the incident which is the

Declaration of Chris Carmona                           **1**

1 subject of his current Complaint which occurred on May 21, 2007, and

2 is more fully described in Redding Police Department Report No. 07-

3 33339.   I have read Mr. Burns' Amended Complaint and Redding Police

4 Department Report No. 07-33339 and I am therefore familiar with the

5 facts and circumstances of the incident which is the subject of Mr.

6 Burns' Complaint.

7        3.    No Government claim was filed by Mr. Burns with the City of

8 Redding regarding the incident which is the subject of his Complaint

9 and the subject of Redding Police Department Report No. 07-33339.

10       I declare under penalty of perjury the foregoing is true and

11 correct.    Executed this _13_ day of October, 2010, at Redding,

12 California.

13

14                                     CHRIS CARMONA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Chris Carmona                                            2

1

**PROOF OF SERVICE**

2
3
4

    I am a citizen of the United States, over the age of 18 years, and not a party to the within action.  I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001.  On this date, I served the following document(s): **DECLARATION OF CHRIS CARMONA**

5
6
7
8
9

  √   by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below.  I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service.  It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

10
11
12

     by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

13

     by personally delivering a true copy thereof to the person and at the address set forth below.

14
15
16

     BY FAX (Telecopier) – I personally sent to the addressee's telecopier number a true copy of the above described document(s).  I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

17
18

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

19
20

    I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed at Redding, California on March 10, 2011.

21
22
23

Deena Swafford

24
25
26
27
28

---

Declaration of Chris Carmona                                     **3**

Case 2:09-cv-00497-MCE-CMK   Document 64-7   Filed 03/10/11   Page 4 of 4

## Carmona, Chris

**From:** Carmona, Chris
**Sent:** Wednesday, October 13, 2010 10:21 AM
**To:** Carmona, Chris
**Subject:** Dwayne Burns Claim Search

