**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants KEVIN KIMPLE,
WILLIAM FORREST, WILL WILLIAMS
and REBECCA ZUFALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United State of America, et al.,<br><br>    Defendants. | Case No.2:09-CV-00497-MCE-CMK<br><br>**AMENDED NOTICE AND MOTION FOR SUMMARY JUDGMENT**<br><br>DATE : April 28, 2011<br>TIME : 10:00 a.m.<br>PLACE: 2986 Bechelli Lane<br>       Redding, CA<br>JUDGE: Craig M. Kellison |

Defendants KEVIN KIMPLE, WILLIAM FORREST, WILL WILLIAMS and REBECCA ZUFALL hereby move the Court for an Order granting summary adjudication as to the third, fifth, seventh, eighth and ninth causes of action, and further enter summary judgment as to the entire action.

The grounds for this motion are that no triable issues of material fact exist, and defendants are entitled to judgment as a matter of law.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Declaration of Will Williams, Declaration of Kevin Kimple, Declaration of William Forrest, Declaration of Rebecca Zufall, Declaration of Chris Carmona, Declaration of Gary Brickwood, and Separate Statement of Undisputed

1 | Material Facts, as well as the complete records and papers on file in
2 | this case.
3 | DATED: March 14, 2011          BRICKWOOD LAW OFFICE

5 |                     /S/_____
                    GARY BRICKWOOD

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

__/__  by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____  by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____  by personally delivering a true copy thereof to the person and at the address set forth below.

_____  BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on March 14, 2011.


/s/_____
Cara Schuler