Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099
Tel. (530)638-1066

Plaintiff, *In Pro Per*



**FILED**

APR 1 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS, | ) Case No.: 2:09-CV-0497-MCE-CMK |
| Plaintiff, | ) **PLAINTIFF'S MOTION TO STRIKE THE** |
| | ) **DECLARATIONS FILED IN SUPPORT** |
| vs. | ) **OF DEFENDANTS' MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| MICHAEL MUKASEY, in his official | ) DATE: April 28, 2011 |
| capacity as Attorney General of the United | ) TIME: 10:00 a.m. |
| States of America, et al., | ) PLACE: 2986 Bechelli Lane |
| | ) Redding, CA 96001 |
| Defendants. | ) JUDGE: Craig M. Kellison |

Pursuant to Fed. R. Civ. P. 37 and 56, Plaintiff Dwayne B. Burns, appearing *in propria persona,* hereby moves the Court for an order striking the defendants' declarations filed in support of their Motion for Summary Judgment filed herein on March 10, 2011. This Motion is based on the Memorandum of Points and Authorities filed herewith, the exhibits attached thereto, the Declaration of Plaintiff, and the records, papers, and other documents filed herein.

////

1   DATED this 13th day of April, 2011.          Respectfully submitted,

2

3                                                           _Dwayne B. Burns_

4                                                           Dwayne B. Burns
                                                            Plaintiff, *In Pro Per*

5

6

7

8

9

10

11                              **CERTIFICATE OF SERVICE**

12          I hereby certify that on April 14, 2011, a true and correct copy of the foregoing document

13   (including the accompanying exhibits, and attachments, if any) was served on all parties by

14   telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorney

15   of record named below, in compliance with Fed. R. Civ. P. 5.

16          Gary Brickwood, Esq.
17          BRICKWOOD LAW OFFICE
            1135 Pine Street, Suite 210
18          Redding, CA 96001

19

20

21                                                          Dwayne B. Burns, *In Pro Per*

22   .

23

24

25

26

Page 2 – Plaintiff's Motion to Strike Defendants' Declarations in Support of Their Motion for Summary Judgment