1  Dwayne B. Burns
2  P.O. Box 720157
   Redding, CA 96099
3  Tel. (530)638-1066
4  Plaintiff, *In Pro Per*



FILED
APR 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,<br><br>　　　　Defendants. | Case No.: 2:09-CV-0497-MCE-CMK<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: April 28, 2011<br>TIME: 10:00 a.m.<br>PLACE: 2986 Bechelli Lane<br>　　　　Redding, CA 96001<br>JUDGE: Craig M. Kellison |

Pursuant to Fed. R. Civ. P. 56, and Local Rule 260, Plaintiff Dwayne B. Burns, appearing *in propria persona*, comes now to oppose the Defendants' Motion for Summary Judgment filed herein on March 10, 2011, and hereby moves the Court for a Partial Motion of Summary Judgment. In support of this Opposition and Motion for Partial Summary Judgment, Plaintiff respectfully refers the Court to, and bases this Opposition and Motion on, the accompanying Memorandum of Points and Authorities, the Declarations filed herewith,

1. the Statement of Undisputed Facts, the Statement of Disputed Facts, and the records, papers, and
2. other documents filed herein.  Plaintiff is entitled to judgment as a matter of law and requests
3. that this Motion be granted.

DATED this 13th day of April, 2011.               Respectfully submitted,

*Dwayne B. Burns*
Dwayne B. Burns
Plaintiff, *In Pro Per*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorney of record named below, in compliance with Fed. R. Civ. P. 5.

Gary Brickwood, Esq.
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001

*/s/ Dwayne B. Burns*
Dwayne B. Burns, *In Pro Per*