

FILED

APR 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099
Tel. (530)638-1066

Plaintiff, *In Pro Per*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,<br><br>　　　　Defendants. | Case No.: 2:09-CV-0497-MCE-CMK<br><br>**PLAINTIFF DWAYNE B. BURNS' STATEMENT OF UNDISPUTED FACTS** |

Pursuant to Fed. R. Civ. P. 56, and Rule 260 of the Local Rules of the United States District Court for the Eastern District of California, Plaintiff Dwayne B. Burns, appearing *in propria persona*, hereby submits the following Statement of Undisputed Facts in support of the Cross-Motion for Summary Judgment filed herein.

////

| UNDISPUTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 1. Dwayne Burns resided in two trailers at Space 5 and Space 23 in the mobile home park located at 5812 Cedars Road, Redding, CA. | 1. Decl. of Dean Burns ¶ 5; Decl. of Dolly Burns ¶ 5; Decl. of Dwayne Burns ¶¶ 2, 7, 15; Decl. of Rebecca Burns ¶ 8. |
| 2. Dwayne Burns was present at the scene, and refused to consent to a search of his residence at Space 23. Dwayne Burns made this fact clear to Defendants Williams and Zufall. | 2. Williams Resp. to Interr. 13; Decl. of Williams ¶ 8; Decl. of Zufall ¶ 5; Decl. of Dean Burns ¶9; Decl. of Dwayne Burns ¶ 16. |
| 3. Dwayne Burns' residence at Space 23 was entered and searched by Defendants Williams and Zufall without a search warrant, and without probable cause. | 3. Williams Resp. to Interr. 13; Decl. of Williams ¶ 8; Decl. of Zufall ¶¶ 5-8; Decl. of Dean Burns. ¶ 10; Decl. of Dolly Burns ¶10. |
| 4. As a result of the search of Space 23, Dwayne Burns' firearm was seized Defendant Zufall. | 4. Decl. of Zufall ¶ 8. |
| 5. Defendants Williams and Zufall relied on Lori Burns' consent for an alleged legal basis to search Dwayne Burns' residence at Space 23. | 5. Decl. of Zufall ¶¶ 7-8; Decl. of Williams ¶¶ 5-6. |
| 6. Prior to having his residence at Space 23 searched, Dwayne Burns had a firearm pointed at him by Defendant Kimple and was handcuffed by Kimple. | 6. Decl. of Kimple ¶ 3; Decl. of Dwayne Burns ¶¶ 5 - 6. |

Dated: April 13, 2011
      Redding, California

Respectfully submitted,

*/s/ Dwayne B. Burns*
Dwayne B. Burns
Plaintiff, *In Pro Per*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorney of record named below, in compliance with Fed. R. Civ. P. 5.

Gary Brickwood, Esq.
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001

_____
Dwayne B. Burns, *In Pro Per*