Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099
Tel. (530)638-1066

Plaintiff, *In Pro Per*

**LODGED**

APR 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al., <br><br> Defendants. | Case No.: 2:09-CV-0497-MCE-CMK <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> DATE: April 28, 2011 <br> TIME: 10:00 a.m. <br> PLACE: 2986 Bechelli Lane <br>            Redding, CA 96001 <br> JUDGE: Craig M. Kellison |

Having considered the briefs and evidence submitted in connection with the Cross-Motions for Summary Judgments filed by the parties herein, and having heard argument on the motions, the Court hereby finds as follows:

There exist genuine issues of material fact as to Plaintiff's claims which prevent the Court from finding in favor of Defendants on their Motion for Summary Judgment filed herein, and therefore Defendants' Motion for Summary Judgment is hereby DENIED.

Page 1 – [Proposed] Order

The Court further finds that there exists no genuine issue of material fact with regard to Plaintiff's third claim for relief, as that claim applies to the search undertaken of his residence located at Space 23 by Defendants Will Williams and Rebecca Zufall.

Accordingly, IT IS HEREBY ORDERED that summary judgment be entered in favor of the Plaintiff, and against Defendants Williams and Zufall on Plaintiff's third claim for relief. The entry and search of Plaintiff's residence located at 5812 Cedars Road, Space 23, in Redding, California by the Defendants Williams and Zufall on May 21, 2007, were in violation of Plantiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution. Pursuant to 42 U.S.C. Section 1983, Plaintiff is entitled to damages in an amount to be determined.

Dated: _____   _____
Honorable Craig M. Kellison
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorney of record named below, in compliance with Fed. R. Civ. P. 5.

Gary Brickwood, Esq.
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001

*(signature)*
Dwayne B. Burns, *In Pro Per*

Page 3 – [Proposed] Order