Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099
Tel. (530)638-1066

Plaintiff, *In Pro Per*





## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS, | Case No.: 2:09-CV-0497-MCE-CMK |
| Plaintiff, | |
| vs. | **MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION** |
| MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al., | |
| Defendants. | |

Pursuant to Local Rule 133(b)(3), I, Dwayne B. Burns, declare that I am the Plaintiff, appearing *in propria persona;* and that I hereby move the Court for permission to electronically file and serve my documents in this action. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

////

Page 1 – Plaintiff's Motion to Allow Electronic Filing of Documents

A. Type of personal computer and related software/equipment available for use:

* Personal computer running Windows 7 operating system.
* PDF-compatible word processors Corel WordPerfect and Microsoft Word.
* High speed internet access (18 Mbps).
* Web browsers. Microsoft Internet Explorer 9.0, and Mozilla Firefox 4.0.
* PDF conversion software - Adobe Acrobat 8.0
* Scanner for paper exhibits or other supporting documents which exist only in paper.
* Adobe Acrobat Reader X (needed for viewing e-filed PDF documents.

B. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

Yes __X__      No _____

C. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

Yes __X__      No _____

D. Have you read and become familiar with the Eastern District of California's ECF Administrative Policies and Procedures Manual?

Yes __X__      No _____

E. Are you able to comply with all of the requirements of the Eastern District of California's ECF Administrative Policies and Procedures Manual, including the electronic submission of documents in .pdf (portable document format)?

Yes __X__      No _____

F. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

Yes __X__      No _____

G.       Why are seeking to file electronically?

I live over 150 miles from the Sacramento Branch of the Court. Documents cannot be filed at the Redding Branch of the Court. Court rules and the Federal Rules of Civil Procedure required that documents be filed timely. Having to either allow for mailing time or driving to Sacramento to file court documents constitutes a severe hardship, and puts me at an unnecessary disadvantage in litigating my case.

DATED this 18th day of April, 2011.          By /s/ Dwayne R. Burns
                                                                            DWAYNE B. BURNS
                                                                            Plaintiff, *In Pro Per*

---

I have reviewed the above application and hereby state that I:

do   ✓          do not ____

stipulate to the permission requested above being GRANTED.

Dated: April 19, 2011.                BRICKWOOD LAW OFFICE

                                                      By /s/ Gary C. Brickwood
                                                      Gary C. Brickwood
                                                      Attorneys for Defendants
                                                      FORREST, KIMPLE, WILLIAMS, and ZUFALL