...





**FILED**
APR 25 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099
Tel. (530)638-1066
E-mail: dwaynebburns@charter.net

Plaintiff, *In Pro Per*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,<br><br>    Defendants. | Case No.: 2:09-CV-0497-MCE-CMK<br><br>**PLAINTIFF'S RESPONSE TO AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED APRIL 19, 2011.**<br><br>DATE: April 28, 2011<br>TIME: 10:00 a.m.<br>PLACE: 2986 Bechelli Lane<br>         Redding, CA 96001<br>JUDGE: Craig M. Kellison |

Pursuant to Local Rules 230(e) and (j), Plaintiff Dwayne B. Burns, appearing *in propria persona,* hereby responds to the Court's Order of April 19, 2011 filed herein, and respectfully moves the Court to reconsider its Order. This Motion is made on the grounds that the Court erroneously ordered (1) that Plaintiff's Motion to Strike the Declarations Filed in Support of Defendants' Motion for Summary Judgment (Doc. 67), and Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment (Doc.68), be

removed from the Court's hearing calendar; and (2) directing the Clerk of the Court to terminate those filings as pending motions on the Court's docket. This Motion is based on the Memorandum of Points and Authorities filed herewith and hereby incorporated herein, the exhibit attached thereto, the Declaration of Plaintiff Dwayne B. Burns, and the records, papers, and other documents filed herein.

DATED this 22nd day of April, 2011.        Respectfully submitted,

*Dwayne R. Burns*
Dwayne B. Burns
Plaintiff, *In Pro Per*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorney of record named below, in compliance with Fed. R. Civ. P. 5.

>   Gary Brickwood, Esq.
>   BRICKWOOD LAW OFFICE
>   1135 Pine Street, Suite 210
>   Redding, CA 96001

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 22nd day of April, 2011.

*/s/ Teresa L. Burns*
Teresa L. Burns, Declarant

---

Page 3 – Plaintiff's Response to and Motion for Reconsideration of Order dated April 19, 2011.