FILED

APR 2 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099
Tel. (530)638-1066
E-mail: dwaynebburns@charter.net

Plaintiff, *In Pro Per*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE B. BURNS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MUKASEY, in his official capacity as Attorney General of the United States of America, et al.,<br><br>Defendants. | Case No.: 2:09-CV-0497-MCE-CMK<br><br>**DECLARATION OF DWAYNE B. BURNS IN SUPPORT OF MOTION FOR RECONSIDERATION** |

I, DWAYNE B. BURNS, declare as follows:

1. I am the Plaintiff in the above-entitled action. I make this declaration on personal knowledge, and if called to testify at trial, I could testify to the facts stated herein.

2. On April 14, 2011, true copies of my Motion to Strike the Declarations Filed in Support of Defendants' Motion for Summary Judgment (Doc. 67), were served upon all parties, and I personally filed the Motion with the Clerk of the Court's Office on the same day.

---

Page 1 – Declaration of Dwayne B. Burns In Support of Motion for Reconsideration.

3. Along with the Motion referred to above, true copies of the Memorandum of Points and Authorities in Support thereof, as well as the other supporting documents were served upon all parties on the same day. I also personally filed those documents with the Clerk of the Court's Office on April 14, 2011.

4. I filed all of the documents referred to above in response to Defendants' Motion for Summary Judgment (Doc. 64) filed herein as required by Local Rule 230(e) of the United States District Court for the Eastern District of California.

5. As this Motion to Strike was filed in response to, and as a direct result of, Defendants' Motion for Summary Judgment, I have no idea why the Court chose to remove this Motion from its hearing calendar of April 28, 2011. I believe this was a highly extraordinary and unusual action for the Court to take, especially since the timing of the filing of these documents was not objected to in writing by the Defendants.

6. I believe that by removing my Motion to Strike from the Court's hearing calendar, the Court has denied me due process of law under the applicable amendments to the United States Constitution.

7. On April 14, 2011, true copies of my Motion In Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment (Doc. 68), were served upon all parties, and I personally filed the Motion with the Clerk of the Court's Office on the same day.

8. Along with the Motion referred to in paragraph 7 above, true copies of the Memorandum of Points and Authorities in Support thereof, as well as the other supporting documents were served upon all parties on the same day. I also personally filed those documents with the Clerk of the Court's Office on April 14, 2011.

9. I filed all of the documents referred to in paragraphs 7 and 8 above in response to Defendants' Motion for Summary Judgment (Doc. 64) filed herein as required by Local Rule 230(e) of the United States District Court for the Eastern District of California.

10. As this Motion In Opposition and Cross-Motion for Partial Summary Judgment was filed in response to, and as a direct result of, Defendants' Motion for Summary Judgment, I have no idea why the Court chose to remove this Motion from its hearing calendar of April 28, 2011. I believe this was a highly extraordinary and unusual action for the Court to take, especially since the timing of the filing of these documents was not objected to in writing by the Defendants.

11. I believe that by removing my Motion In Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Partial Summary Judgment (Doc. 68) from the Court's hearing calendar, the Court has denied me due process of law under the applicable amendments to the United States Constitution.

12. The Motions referred to herein (Docs. 67 and 68) were timely filed according to Local Rule 230(e) of the Local Rules of the United States District Court for the Eastern District of California as they were "counter-motions" or "other related motions" as those terms are listed in Local Rule 230(e).

13. I hereby request that the Court vacate its Order of April 19, 2011, and place my Motions (Docs. 67 and 68) back on the Court's hearing calendar of April 28, 2011, or in the alternative, I request that the Court place these Motions on its hearing calendar, and continue the hearing until such time as the Court deems appropriate.

////

////

Page 3 – Declaration of Dwayne B. Burns In Support of Motion for Reconsideration.

1

**I declare under penalty of perjury that the foregoing is true and correct.**

2

Executed on this 22nd day of April, 2011.

3

4

5

Dwayne B. Burns, Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 – Declaration of Dwayne B. Burns In Support of Motion for Reconsideration.

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on April 22, 2011, a true and correct copy of the foregoing document

3

(including the accompanying exhibits, and attachments, if any) was served on all parties by

4

telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorney

5

of record named below, in compliance with Fed. R. Civ. P. 5.

6

7

Gary Brickwood, Esq.
BRICKWOOD LAW OFFICE

8

1135 Pine Street, Suite 210
Redding, CA 96001

9

10

**I declare under penalty of perjury that the foregoing is true and correct.**

11

Executed on this 22nd day of April, 2011.

12

13

*Teresa L. Burns*

14

Teresa L. Burns, Declarant

15

16

17

18

19

20

21

22

23

24

25

26

Page 5 – Declaration of Dwayne B. Burns In Support of Motion for Reconsideration.