1  Dwayne B. Burns
   P.O. Box 720157
2  Redding, CA 96099
   Tel. (530)638-1066
3  E-mail: dwaynebburns@charter.net

**FILED**

APR 2 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

4  Plaintiff, *In Pro Per*

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                   SACRAMENTO DIVISION

11

12  DWAYNE B. BURNS,                        ) Case No.: 2:09-CV-0497-MCE-CMK
                                            )
13              Plaintiff,                  ) **PLAINTIFF'S RESPONSE TO**
                                            ) **DEFENDANTS' REPLY IN SUPPORT OF**
                                            ) **MOTION FOR SUMMARY JUDGMENT**
14      vs.                                 ) **AND MOTION TO AMEND THE**
                                            ) **SCHEDULING ORDER TO ALLOW FOR**
15  MICHAEL MUKASEY, in his official        ) **FURTHER DISCOVERY AND**
    capacity as Attorney General of the United ) **CONTINUING HEARING ON**
16  States of America, et al.,              ) **DEFENDANTS' MOTION FOR**
                                            ) **SUMMARY JUDGMENT**
17              Defendants.                 )
                                            )
18                                          )
                                            )
19                                          )

20        COMES NOW the Plaintiff, DWAYNE B. BURNS, appearing *in propria persona*, and

21  responds to Defendants' Reply in Support of Motion for Summary Judgment (Dkt. # 71) filed

22  herein.  Plaintiff also moves this court for an order amending the scheduling order to allow for

23  further discovery and continuing the hearing on Defendants' Motion for Summary Judgment

24  until such time as the court deems necessary.  The grounds for this motion are: (1) Plaintiff's

25

26  Cross-Motion for Partial Summary Judgment (Dkt. # 68) was removed from the court's hearing

Page 1 – Plaintiff's Response to Reply in Support of Summary Judgment and Motion to Amend Scheduling Order

calendar despite it being filed in compliance with Local Rule 230(e); (2) Plaintiff's Motion to

Strike Declarations Filed by Defendants (Dkt. #67) was also removed from the court's hearing

calendar despite it also being filed in compliance with Local Rule 230(e); (3) Defendants have

objected to Plaintiff's evidence filed in opposition to their Motion for Summary Judgment; (4) a

continuance of the hearing on the Motions for Summary Judgment filed herein is needed in order

to allow all parties to be fully heard on the issues; and (5) trial in this case is not scheduled to

begin for at least another eleven (11) months.

This motion is based on the memoranda, papers, and records filed herein, as well as the

Memorandum, and Declaration in Support thereof filed concurrently with this motion.

DATED this 25th day of April, 2011.                    Respectfully submitted,

Dwayne B. Burns
Plaintiff, *In Pro Per*

---

Page 2 – Plaintiff's Response to Reply in Support of Summary Judgment and Motion to Amend Scheduling Order

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2011, a true and correct copy of the foregoing document (including the accompanying exhibits, and attachments, if any) was served on all parties by telecopy transmittal, hand delivery, and/or first-class U.S. mail, postage prepaid, to the attorney of record named below, in compliance with Fed. R. Civ. P. 5.

> Gary Brickwood, Esq.
> BRICKWOOD LAW OFFICE
> 1135 Pine Street, Suite 210
> Redding, CA 96001

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 26th day of April, 2011.

_Teresa L. Burns_
Teresa L. Burns, Declarant