**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants KEVIN KIMPLE,
WILLIAM FORREST, WILL WILLIAMS
and REBECCA ZUFALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | Case No. 2:09-CV-00497-MCE-CMK |
| Plaintiff, | **RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION AND MOTION TO CONTINUE** |
| vs. | |
| MICHAEL MUKASEY, in his official capacity as Attorney General of the United State of America, et al., | JUDGE: Craig M. Kellison |
| Defendants. | |

Plaintiff has filed a Supplemental Opposition in response to Defendants' Reply in Support of Motion For Summary Judgment, as well as what purports to be a motion to re-open discovery and to continue the hearing on the pending motions for summary adjudication/summary judgment. The Motion to Continue is now moot in light to the Court's Order of April 26 continuing the hearing.

The unnoticed motion to reopen discovery and to amend the case management order is really nothing more than a series of evidentiary objections and responses to evidentiary objections. Without a formal motion supported by good cause, defendants request that the motion be denied.

Finally, the reminder of plaintiff's opposition is, generally

**RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION AND
MOTION TO CONTINUE** **1**

1  speaking, a re-argument of positions set forth in his earlier
2  opposition. The second opposition should be stricken as not permitted
3  by the Rules of Civil Procedure nor the Rules of this Court.
4  DATED: May 3, 2011                    BRICKWOOD LAW OFFICE

6                                        /s/ GARY BRICKWOOD
                                         GARY BRICKWOOD

**RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION AND MOTION TO CONTINUE** **2**

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION AND MOTION TO CONTINUE**

__/__  by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

_____ by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S. / _____ Federal Express, in a sealed envelope or package designated by _____ U.P.S. / _____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

_____ by personally delivering a true copy thereof to the person and at the address set forth below.

_____ BY FAX (Telecopier) - I personally sent to the addressee's telecopier number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on May 3, 2011.

/s/ Deena Swafford
Deena Swafford

**RESPONSE TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION AND MOTION TO CONTINUE**                                                                 3