**GARY BRICKWOOD, State Bar No. 94892**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA  96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants TOM BOSENKO,
CITY OF REDDING, PETER HANSEN, KEVIN KIMPLE,
WILLIAM FORREST, WILL WILLIAMS and
REBECCA ZUFALL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | Case No. 2:09-CV-00497-MCE-CMK |
| Plaintiff, | **EX PARTE REQUEST TO VACATE PRETRIAL CONFERENCE** |
| vs. | |
| MICHAEL MUKASEY, in his official capacity as Attorney General of the United States Of America, et al. | |
| Defendant. | |

   Defendants KIMPLE, FORREST, WILLIAMS and ZUFALL request that the Court vacate the Final Pretrial Conference presently scheduled for January 26, 2012 and related dates for filing of a Joint Final Pretrial Statement, evidentiary or procedural motions and jury trial presently scheduled for April 20, 2012, as necessary in the discretion of the Court.

   Jury trial, Final Pretrial Conference and related dates were scheduled by the Court pursuant to its Order entered August 11, 2010, Document No. 59.  Subsequent to that date, summary judgment was filed by these defendants which was scheduled for hearing initially on March

1  14, 2011, and then rescheduled for hearing April 28, 2011, before
2  Magistrate Kellison as outlined in the Order of Magistrate Kellison
3  dated April 27, 2011, Document No. 81.  As part of that Order,
4  Document No. 81, Judge Kellison made several rulings including
5  vacating the hearing of summary judgment on April 28, 2011, and upon
6  completion of briefing on plaintiff's counter-motion a new hearing
7  date for the summary judgment and counter-motion filed by plaintiff
8  was to be set.
9      To this date, the summary judgment has not been determined and
10 plaintiff's counter-motion has not been determined.  All briefing has
11 been filed.  As a result, it appears premature to conduct the Final
12 Pretrial Conference and related trial preparation matters.  At the
13 discretion of the Court it may be necessary to vacate the jury trial
14 scheduled for April 2, 2012, in Courtroom 7.
15      Defendants respectfully request that the Court vacate the Final
16 Pretrial Conference scheduled for January 26, 2012, at 2:00 p.m. in
17 Courtroom 7 and related dates, pending determination of the summary
18 judgment motion.
19 DATED:   January 5, 2011.            Respectfully submitted,
20                                      BRICKWOOD LAW OFFICE
21
22                                      /s/ Gary Brickwood_____
                                        GARY BRICKWOOD
23                                      Attorney for Defendant
24
25
26

Ex Parte Request to Vacate Final Pretrial Conference                 2

---

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in Shasta County, California, by BRICKWOOD LAW OFFICE, at their offices located at 1135 Pine Street, Suite 210, Redding, California, 96001. On this date, I served the following document(s): **EX PARTE REQUEST TO VACATE PRETRIAL CONFERENCE**

 X   by placing a true copy thereof for collection and mailing, in the course of ordinary business practice, with other correspondence of Brickwood Law Office at 1135 Pine Street, Suite 210, Redding, Shasta County, California, enclosed in a sealed envelope with postage thereon fully prepaid, addressed as set forth below. I am familiar with the practice of Brickwood Law Office for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

____ by placing a true copy thereof in a box or other facility regularly maintained by _____ U.P.S./_____ Federal Express, in a sealed envelope or package designated by _____ U.P.S./_____ Federal Express, with delivery fees paid or provided for, addressed as set forth below.

____ by personally delivering a true copy thereof to the person and at the address set forth below.

____ BY FAX - I personally sent to the addressee's fax number a true copy of the above described document(s). I verified transmission and, thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

Dwayne B. Burns
P.O. Box 720157
Redding, CA 96099

  I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed at Redding, California on January 5, 2012.

/S/ Deena Swafford_____
Deena Swafford