IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE B. BURNS,                                    No. CIV S-09-0497-MCE-CMK

      Plaintiff,

  vs.                                                               ORDER

KIMPLE, et al.,

      Defendants.

_____/

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is defendants' request to vacate the remainder of the schedule in this matter pending resolution of their motion for summary judgment. Good cause appearing therefor, the request is granted, nunc pro tunc to January 5, 2012. The January 26, 2012, pre-trial conference and April 2, 2012, trial, as well as all related deadlines, are vacated. A final schedule will be re-set, if necessary, following resolution of the pending motion for summary judgment.

      IT IS SO ORDERED.

DATED: January 6, 2012

                                                  _____
                                                  CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE