IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE B. BURNS, | No.  2:09-CV-0497-MCE-CMK |
| Plaintiff, | |
| v. | ORDER |
| KEVIN KIMPLE, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 89) which were served on the parties and which contained notice that any objections to the Findings and Recommendation were due within fourteen days.  No party filed objections to the Findings and Recommendations.[1]

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and the magistrate judge's analysis.

---

[1] Although it appears from the file that Plaintiff's copy of the Findings and Recommendations was returned to the Court, Plaintiff was properly served.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 30, 2015 (ECF No. 89) are ADOPTED IN FULL.

2. Defendants' Motion for Summary Judgment (ECF No. 64) is GRANTED.

3. Plaintiff's Motion to Strike (ECF No. 67) is DENIED.

4. Plaintiff's Cross-Motion for Partial Summary Judgment (ECF No. 68) is DENIED.

5. Plaintiff's other pending motions (ECF Nos. 72 and 78) are DENIED as moot.

6. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: February 23, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT