## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DWAYNE B. BURNS,**

CASE NO: **2:09–CV–00497–MCE–CMK**

v.

**KEVIN KIMPLE, ET AL.,**

XX –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/25/16**

**Marianne Matherly**
Clerk of Court

ENTERED:  **February 25, 2016**

by: /s/ A. Kastilahn
Deputy Clerk